United States District Court
Southern District of Texas
**ENTERED**
June 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DONALD LLOYD DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:20-cv-381 |
| | § | |
| ANGELA OGBEBOR, | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

This case was tried to a jury on June 4–6, 2024. On June 6, the jury returned a verdict in favor of the defendant, Angela Ogbebor, on the plaintiff's § 1983 excessive-force claim. Based on the jury's verdict, the court awards judgment in favor of the defendant.

It is hereby ordered, adjudged, and decreed that the plaintiff take nothing on his claims against the defendant.

Signed on Galveston Island this 25th day of June, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE